UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80076-Cr-Rosenberg/Reinhart

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HARVEY MARTIN HOLLOWAY, JR.

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE

For the reasons stated herein, the undersigned recommends that the District Court find that the Defendant has violated the terms of his supervised release. On December 18, 2020, the U.S. Probation Office filed a Petition alleging one violation of the Defendant's terms of supervision ECF No. [584]:

    1.    Unlawfully possessing or using a controlled substance.

A hearing was held on April 19, 2021, on the violation petition. Mr. Holloway appeared by Zoom video conference and was represented by his counsel. He was advised of the alleged violation and of his right to contest those violations. He stated that he had been given sufficient time to discuss his options with counsel, that counsel had answered all of his questions, and that counsel had performed all of the tasks that Mr. Holloway had requested. Defense counsel stipulated there was a factual basis for the allegations.

Defendant freely, knowingly, and voluntarily admitted the one violation, stated his wish to proceed to sentencing. Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admission and find the Defendant guilty of committing the violation. The Court

further RECOMMENDS that this matter be set down for sentencing before U.S. District Judge Robin L. Rosenberg.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Robin L. Rosenberg, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 20th day of April, 2021.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE